(April 22, 1985)

■ RONALD ABENANTE et al., Respondents, v ROD BALSAMO et al., Appellants, et al., Defendant. (And a Third-Party Action.)■

Gibbons, J. P., Weinstein, Brown and Niehoff, JJ., concur.